# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KATHLEEN HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-01091-MTS |
| ) | |
| ROCK SOLID TRANSPORT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion To Extend Time To Disclose Expert Witnesses, Doc. [22]. *See* Fed. R. Civ. P. 26(a)(2). The Motion is fully briefed.[1] Under the Case Management Order, Plaintiff's deadline to disclose "all expert witnesses" was March 31, 2022. Doc. [16] at 1. The Court may extend this deadline "only for good cause." Fed. R. Civ. P. 16(b)(4). The Court concludes that Plaintiff has not shown good cause exists for the extension. *See Petrone v. Werner Enters., Inc.*, 940 F.3d 425, 434 (8th Cir. 2019).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Extend Time To Disclose Expert Witnesses, Doc. [22], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel, Doc. [24], is **DENIED without prejudice** as moot.

Dated this 27th day of July, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] The Court heard from the parties informally on this matter at which time Plaintiff declined to file a reply to Defendants' Response in Opposition, Doc. [23].